UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAROLD E. BROUPHY, JR. | CIVIL ACTION |
| VERSUS | NO: 07-4183 |
| USAA CASUALTY INSURANCE COMPANY | SECTION: "J" (5) |

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss Case (Rec. Doc. 12). FED. R. CIV. P. 41(a)(1)(A) provides that a plaintiff may voluntarily dismiss his complaint by filing a notice of dismissal before the opposing party files either an answer or a motion for summary judgment. In this case, the defendant has yet to file an answer, however the defendant has filed a motion to dismiss for lack of jurisdiction (Rec. Doc. 7). Federal courts have held that a plaintiff's right to voluntary dismissal is not terminated by a motion to dismiss under Rule 12. *Plains Growers, Inc. v. Ickes-Braun Glasshouses, Inc.*, 474 F. 2d 250, 254 (5th Cir. 1973)("A notice of voluntary dismissal filed after motions challenging the jurisdiction of the person of the defendant is not untimely."); 9 CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL

Practice and Procedure § 2363 ("A motion to dismiss is neither an answer nor . . . a motion for summary judgment."). Therefore, the Plaintiff in this case is entitled to voluntarily dismiss his case upon notice, and this Court will construe Plaintiff's motion to dismiss as a notice of dismissal under Rule 41(a)(1)(A)(I). Accordingly,

**IT IS ORDERED** that the Clerk of Court is directed to **DISMISS** the above captioned case without prejudice.

New Orleans, Louisiana this the 3rd day of December, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE